**Electronically Filed
Supreme Court
SCWC-20-0000286
28-MAR-2025
10:17 AM
Dkt. 23 ODSAC**

SCWC-20-0000286

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

In Re MOLOAA FARMS LLC,
Respondent/Claimant-Appellant,

vs.

PAUL C. HUBER, individually,
Petitioner and Respondent/Respondent-Appellee,

and

ASSOCIATION OF APARTMENT OWNERS OF MOLOAA HUI I; PAUL C. HUBER,
as President of the Association of Unit Owners of Moloaa Hui I;
ASSOCIATION OF APARTMENT OWNERS OF MOLOAA HUI II;
and NED Y. WHITLOCK, as President of the
Association of Unit Owners of Moloaa Hui II;
Respondents and Petitioners/Respondents-Appellees,

and

CANDACE L. STRONG, individually;
Respondent and Petitioner/Respondent-Appellee,

and

MOLOAA HUI LANDS, INC.; and ERIC M. STRONG, as President and
Chief Executive Officer of Moloaa Hui Lands, Inc.,
Respondents/Respondents-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000286; CAAP-20-0000444; 5CSP-20-0000004)

<u>ORDER DISMISSING CERTIORARI PROCEEDING</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the records and files in this case, and the oral argument held on March 25, 2025, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED: Honolulu, Hawaiʻi, March 28, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

